| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) CASELLAS, SALVADOR E | 2. Court or Organization U.S.D.C. Puerto Rico | 3. Date of Report 04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. COURTHOUSE 300 RECINTO SUR - SUITE 342 SAN JUAN, PUERTO RICO 00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | ANGEL RAMOS FOUNDATION (NON-PROFIT INSTITUTION) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Fiddler, Gonzalez & Rodriguez Pension Plan -Former Law Firm (No Control) |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -8 A 9: 22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | HONORARY MEMBERSHIP | THE BANKERS CLUB OF P.R. | $ 750.0 |
| 2. | HONORARY MEMBERSHIP | CAPARRA COUNTRY CLUB | $ 750.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accrued Pension Benefit - Fiddler, Gonzalez & Rodriguez | G | Distribution | N | U | | | | | |
| 2. Account at Banco Santander | D | Interest | K | T | | | | | |
| 3. Account at Citibank, N.A. | B | Interest | L | T | | | | | |
| 4. Tax Free Fund-UBS | A | Interest | M | T | | | | | |
| 5. Tax Exempt Fund at Santander Securities | A | Interest | M | T | | | | | |
| 6. IRA Accts. (Deposits) Banco Popular de P. R. | B | Interest | K | T | | | | | |
| 7. IRA - Universal Life Insurance Co. | C | Interest | M | T | | | | | |
| 8. Cash Value Insurance Policies Travelers & Equitable | D | Interest | N | T | | | | | |
| 9. International Hospitality S.E. | | None | L | W | | | | | |
| 10. Annuity - PRAICO Life Ins. Co. | D | Interest | N | T | | | | | |
| 11. U.S. Savings Bonds | D | Interest | L | T | | | | | |
| 12. GNMA Serial Bonds | D | Interest | M | T | Redemption | 10/16 | K | A | Santander Securities |
| 13. CMO Lehman | B | Interest | K | T | | | | | |
| 14. P.R. Government Bonds | D | Interest | M | T | Redemption | 07/01 | K | A | UBS |
| 15. | | | | | Redemption | 07/01 | K | A | Santander Securities |
| 16. | | | | | Redemption | 01/03 | J | A | UBS |
| 17. | | | | | Bought | 05/18 | M | | Santander Sec. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Bought | 08/18 | K | | UBS |
| 19. AFICA Bonds (P.R. Financial Authority) | F | Interest | P1 | T | Bought | 05/05 | L | | UBS |
| 20. | | | | | Bought | 05/09 | M | | UBS |
| 21. | | | | | Bought | 06/22 | J | | UBS |
| 22. | | | | | Bought | 07/12 | K | | UBS |
| 23. | | | | | Bought | 08/16 | J | | UBS |
| 24. | | | | | Bought | 09/08 | J | | UBS |
| 25. | | | | | Bought | 10/20 | J | | UBS |
| 26. | | | | | Redemption | 12/01 | M | A | UBS |
| 27. | | | | | Redemption | 07/10 | J | A | UBS |
| 28. | | | | | Redemption- | 08/18 | J | A | UBS |
| 29. | | | | | Redemption | 06/20 | J | A | UBS |
| 30. | | | | | Redemption | 12/20 | K | A | UBS |
| 31. | | | | | Redemption | 04/17 | L | A | Santander Securities |
| 32. | | | | | Redemption | 12/03 | K | A | Santander Securities |
| 33. P.R. Employees Assc. Notes | A | Interest | J | | | | | | |
| 34. First Bank P.R. Notes | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. P.R. Public Bldg. Authority | B | Interest | K | T | | | | | |
| 36. P.R. Public Finance Co. Bonds | D | Interest | N | T | Redemption | 08/01 | L | A | UBS |
| 37. | | | | | Redemption | 08/01 | J | A | Santander Securities |
| 38. | | | | | Redemption | 12/04 | M | A | Santander Securities |
| 39. P.R. Highway Bonds | D | Interest | M | T | | | | | |
| 40. P.R. Tax Free Fund Notes | E | Interest | P1 | T | Bought | 03/13 | L | | UBS |
| 41. | | | | | Bought | 03/08 | K | | Santander Securities |
| 42. | | | | | Bought | 03/24 | K | | Santander Securities |
| 43. | | | | | Bought | 04/24 | L | | Santander Securities |
| 44. | | | | | Redemption | 07/01 | M | A | Santander Securities |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| CASELLAS, SALVADOR E | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 30 APR 07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544